UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-cv-39-RGJ
*Filed Electronically*

MICHELLE KUIPER                                                                                         PLAINTIFF

vs.

WILLIAM JOHN SCHULTE, Individually
And
DOUG SWEENEY, official capacity
And
MIKE MINNIEAR, official capacity                                                             DEFENDANTS

## NOTICE OF REMOVAL

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Come the Defendants, Doug Sweeney and Mike Minniear, by counsel, and hereby give notice of the timely removal of Civil Action No. 22-CI-00964 from the Jefferson Circuit Court, Commonwealth of Kentucky, to the United States District Court, Western District of Kentucky, Louisville Division pursuant to 28 U.S.C. §§ 1441 and 1446. As further explained below, removal is appropriate under 28 U.S.C. §§ 1331, 1367, and 1441(a) and (c). In support of this Notice of Removal the Defendants state as follows:

1. The Defendants, Doug Sweeney and Mike Minniear, are named Defendants in the Plaintiff's Complaint, a civil action styled <u>Michelle Kuiper v. William John Schulte, Individually; Doug Sweeney, in his Official Capacity; and Mike Minniear, in his Official Capacity</u>, Civil Action No. 22-CI-00964 from the Jefferson Circuit Court, Commonwealth of Kentucky.

2. The Plaintiff commenced the above-styled state court civil action against only Defendant William John Schulte on February 28, 2022. A copy of the Plaintiff's Complaint is attached hereto as Exhibit 1.

3. The Plaintiff amended her Complaint on December 21, 2022, to include Defendants Doug Sweeney and Mike Minniear, and assert claims which are subject to the jurisdiction of this court. A copy of the Plaintiff's Amended Complaint is attached hereto as Exhibit 2.

4. On December 21, 2022, a summons was issued in the name of the Defendant, Doug Sweeney.

5. On December 21, 2022, a summons was issued in the name of the Defendant, Mike Minniear.

6. On January 3, 2023, the Plaintiff's served the Summons and his Amended Complaint upon the Defendant, Doug Sweeney.

7. On January 12, 2023, the Plaintiff's served the Summons and his Amended Complaint upon the Defendant, Mike Minniear.

8. Removal is therefore timely under 28 U.S.C §1446(b).

9. The Plaintiff's Complaint alleges causes of action arising under the Fourth Amendment and 42 U.S.C. § 1983 and stemming from incidents allegedly occurring in Jefferson County, Kentucky.

10. Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §1367 over the additional state law claims set forth in the Plaintiff's Complaint. Finally, venue is proper in this court pursuant to 28 U.S.C. § 1391.

11. The cause is thereby removable, and is hereby removed to the Untied States District Court, Western District of Kentucky, Louisville Division, pursuant to provisions of 28 U.S.C. § 1441.

12. Pursuant to 28 U.S.C. § 1446(a) attached hereto as Exhibit 3 are true and correct copies of all pleadings filed in this action and no further proceedings in this action have taken place to the best knowledge and belief of Defendants/Petitioners.

13. This Notice is signed pursuant to Civil Rule 11, Federal Rules of Civil Procedure.

14. The Defendants have sent written notice and a copy of this pleading to the Clerk, Commonwealth of Kentucky, Jefferson Circuit Court and a copy of this notice of removal has been sent to the counsel for the Plaintiff and Defendant Mr. Schulte.

15. By filing a Notice of Removal in this matter, Mr. Sweeney and Mr. Minniear do not waive their right to object to service of process, the sufficiency of process, personal jurisdiction, or venue. Mr. Sweeney and Mr. Minniear also concede no admission of fact, law, or liability by this Notice, and expressly reserves all rights to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, the Defendants, Doug Sweeney and Mike Minniear, respectfully request that Civil Action No. 22-CI-00964 from the Jefferson Circuit Court, Commonwealth of Kentucky, be removed to the United States District Court, Western District of Kentucky, Louisville Division, in accordance with 28 U.S.C. §§ 1441(a) and 1446, and that no further proceedings be held in said case in the Jefferson Circuit Court, Commonwealth of Kentucky.

Respectfully submitted,

/s/ Matthew A. Piekarski
John F. Parker, Jr.
Matthew A. Piekarski
Paige E. Goins
PHILLIPS PARKER ORBERSON & ARNETT, PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
jparker@ppoalaw.com
mpiekarski@ppoalaw.com
pgoins@ppoalaw.com
(502) 583-9900
*Counsel for Defendants, Doug Sweeney and Mike Minniear*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was filed on this the 20th day of January 2023, through the ECF system, which will send a notice of electronic filing to counsel of record in this case:

Sam Aguiar
Sara E. Collins
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, Kentucky 40299
sam@kylawoffice.com
scollins@kylawoffice.com
*Counsel for Plaintiff*

James P. Dilbeck
Dilbeck & Myers, PLLC
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
Jay@DilbeckandMyers.com
*Counsel for Defendant, William John Schulte*

/s/ Matthew A. Piekarski
Counsel for Defendants