UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUSIVILLE DIVISION
CASE NO. 3:23-cv-00039-RGJ
***FILED ELECTRONICALLY***

MICHELLE KUIPER                                                                                                    PLAINTIFF

v.

WILLIAM JOHN SCHULTE, *et al.*                                                                      DEFENDANTS

---

### MOTION TO ENTER JUDGMENT
### ENFORCING THE SETTLEMENT AGREEMENT

---

Comes the Plaintiff, Michelle Kuiper, by and through counsel, and moves this Court to enforce the settlement agreement between the Plaintiff and Defendant, John Schulte.

On July 5, 2023, the Plaintiff and Defendant Schulte successfully mediated the claims at-issue in the above-styled litigation with U.S. District Court Magistrate Judge Regina Edwards. Per the agreement, in exchange for releasing liability against him for claims arising from the events of December 21, 2021, Defendant Schulte agreed to pay Plaintiff Michelle Kuiper seven thousand seven hundred and fifty dollars ($7,750.00) within one-hundred-twenty (120) days from July 5, 2023, the date of mediation. (Settlement Agreement, **Exhibit A**). The agreement was executed by both parties on August 3, 2023. (*Id.*). The Defendant's one-hundred-twenty (120) day payment deadline ran on November 2, 2023. The Defendant failed to render a timely payment in accordance with the agreement.

On November 14, 2023, the Court held a joint status conference to discuss the Defendant's failure to comply. On November 24, 2023, the parties filed a joint status report detailing no change

in Defendant Schulte's compliance.

On December 19, 2023, this Court held a hearing requiring Defendant Schulte to show cause for his failure to comply with the parties' settlement agreement. This motion follows.

Plaintiff Michelle Kuiper respectfully requests that this Court enter judgment in this matter, enforce the parties' settlement agreement, and order Defendant Schulte to remit total payment in the amount of $7,750.00 to the Plaintiff within seven (7) days of the entry of the judgment and order.

Respectfully Submitted,

SAM AGUIAR INJURY LAWYERS, PLLC

*/s/ Sara Collins*
Sam Aguiar
Sara E. Collins
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
sam@kylawoffice.com
scollins@kylawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sara Collins*
*Counsel for Plaintiff*