UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CV-39-RGJ

MICHELLE KUIPER                                                                                    PLAINTIFF

vs.                                              **ORDER**

WILLIAM JOHN SCHULTE                                                                   DEFENDANT

\* \* \* \* \* \* \* \* \*

Motion [DE 28] having been made by the Plaintiff, and the Defendant having no objection to the entry of a Judgment, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff, Michelle Kuiper, shall have a Judgment against the Defendant, William J. Schulte, in the sum of $7,250.00 and Plaintiff's Motion [DE 28] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall tender an agreed order dismissing this case with prejudice **within 20 days of entry of this Order.**

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

February 5, 2024