UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUSIVILLE DIVISION
CASE NO. 3:23-cv-00039-RGJ

MICHELLE KUIPER            PLAINTIFF

v.

WILLIAM JOHN SCHULTE, *et al.*            DEFENDANTS

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is ORDERED AND ADJUDGED as follows:

Plaintiff Michelle Kuiper shall have judgment against Defendant Willaim John Schulte in the amount of $7,250.00.

This is a FINAL and APPEALABLE Judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

February 5, 2024